UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY DYKES, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:21-CV-00083-RWS ) |
| MISSOURI HIGHER EDUCATION LOAN AUTHORITY | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum and order issued on July 29, 2021,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant MOHELA's is entitled to judgment on the pleadings and the case is **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of August 2021.